## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANE DOE #1 , ET AL. ,** <br><br> v. <br><br> **THE REGENTS OF THE UNIVERSITY OF CALIFORNIA , ET AL. ,** | **JUDGMENT IN A CIVIL CASE** <br><br> CASE NO: **2:26–CV–00357–JAM–JDP** |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 02/18/2026 .**

ENTERED:  **February 18, 2026**     /s/  **Keith Holland**
                                                              Clerk of Court